UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                            BK No.: 15-25776

PARISH L. JOHNSON,                Chapter: 13

Honorable Jack Schmetterer

Debtor(s)

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment default is deferred to the end of her Chapter 13 plan.

2. The Debtor's monthly plan payment is increased to $185.00.

Enter: _____

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 22, 2018

**Prepared by:**

Jeffrey A. Soufal
IARDC #6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100